# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND WADSWORTH,<br><br>　　　　　Defendant. | 2:17-cr-00217-APG-VCF<br>**ORDER** |

Before the Court is the Motion to Continue Suppression Motion Hearing (ECF No. 27). Trial is currently scheduled for April 23, 2018.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Continue Suppression Motion Hearing (ECF No. 27) is GRANTED. The evidentiary hearing scheduled for April 4, 2018 is VACATED.

IT IS FURTHER ORDERED that a status hearing to discuss scheduling is set for 2:00 PM, April 4, 2018, in Courtroom 3D. An attorney from defense counsel's office must be present for the hearing.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 4th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE