MALCOLM P. LAVERGNE, ESQ.
Nevada Bar No. 10121
MALCOLM P. LAVERGNE & ASSOCIATES
400 South 4th Street , Suite 500
Las Vegas, Nevada  89101
702.448.7981 / 702.966.3117 (Facsimile)
mlavergne@lavergnelaw.com
Attorney for Defendant RAYMOND WADSWORTH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>RAYMOND WADSWORTH,<br><br>                    Defendant. | Case No. 2:17-cr-00217-APG-VCF-1<br><br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between MALCOLM P. LAVERGNE, counsel for the Defendant, RAYMOND WADSWORTH, and ROBERT KNIEF, ESQ., Assistant United States Attorney, that the Sentencing Hearing, currently scheduled for August 9, 2018, at 10:00 a.m., be continued for 30 days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the Defendant spoke with counsel for the United States regarding a continuance of the sentencing hearing, and the government has no objection to a 30-day continuance;

2.      Accordingly, Defendant respectfully requests a 30-day continuance from the current August 9th sentencing hearing to the next available date thereafter;

/ / /

/ / /

1

1    WHEREFORE, for the foregoing reasons, the ends of justice would best be served if the

2   Sentencing hearing is continued for 30 days after the current August 9th hearing date.

3          DATED this 23rd day of July, 2018

4

5                                              __/s/Malcolm P LaVergne_____
                                               MALCOLM P. LAVERGNE, ESQ.
6                                              *Attorney for Defendant RAYMOND WADSWORTH*

7

8

9   STIPULATED AND AGREED TO:

10

11   __/s/ Robert Knief____
     ROBERT KNIEF, ESQ.
12   *Assistant United States Attorney*

13   / / /

14   / / /

15   / / /

16

17

18

19

20

21

22

23

24

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee or agent of the MALCOLM P. LaVERGNE, ESQ. and am a person of such age and discretion as to be competent to serve papers.

That on the 23rd day of July, 2018, I served a true copy of the above and foregoing **STIPULATION TO CONTINUE SENTENCING HEARING** to the party below by the means indicated:

ROBERT KNIEF, ESQ.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
(702) 388-6336

*Via electronic service (ECF)*

__/s/Malcolm P LaVergne_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND WADSWORTH,<br><br>Defendant. | Case No. 2:17-cr-00217-APG-VCF-1<br><br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

IT IS HEREBY ORDERED that the Sentencing Hearing, currently scheduled for August 9, 2018, at 10:00 a.m., is continued to the __2nd__ day of __October__, 2018, at __10:00__ a.m. in Courtroom 6C.

DATED this __24th__ day of __July__, 2018.

_____
U.S. DISTRICT JUDGE