Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Aden Kebede
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aden_Kebede@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Raymond Wadsworth,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00217-APG-VCF<br><br>**Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal** |

　　　Comes now, the Defendant Raymond Wadsworth, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Federal, files this Motion Seeking Leave to File Mr. Wadsworth's Financial Affidavit Under Seal Pursuant to Local Rule 10-5. Mr. Wadsworth seeks to file the financial affidavit under seal because it discloses his full financial information.

/ / /

/ / /

/ / /

For the reasons set forth above, Mr. Wadsworth respectfully requests the Court allow him leave to file the financial affidavit under seal in order to substantively support his motion for appointment of counsel.

DATED: February 9, 2023.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender

By: /s/ *Aden Kebede*
Aden Kebede
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: February 15, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2